UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:  
CELIA SEGOVIA  
DEBTOR

CHAPTER 13 PROCEEDING:  
04-11287-B-13

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1. Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Monday, Oct 4, 2004.

2. This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3. Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4. Checks to the party below have not cleared within 90 days.

   SOUTHWESTERN BELL  
   PO BOX 769  
   ARLINGTON, TX  76004

5. As a result, funds owed to the creditor in the amount of $37.82 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Fri, August 28, 2009

Cindy Boudloche  
Chapter 13 Trustee  
555 N. Carancahua  Ste 600  
Corpus Christi, TX  78478  
(361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                                                   CHAPTER 13 PROCEEDING:
CELIA SEGOVIA                                                         04-11287-B-13
DEBTOR

### CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on Aug 28, 2009, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*/s/ Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


CELIA SEGOVIA                                                WILLIAM A CSABI
2500 GULL AVE                                               1213 E TYLER
MCALLEN, TX  78572                              HARLINGEN, TX  78550

SOUTHWESTERN BELL                           SBC
PO BOX 769                                                   SOUTHWESTERN BELL TELEPHONE CO
ARLINGTON, TX  76004                            PO BOX 769
                                                                 ARLINGTON, TX  76004